UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

ISAIAH OKOH,

*Defendant.*

Misc. Case No. 25-mc-

Ancil. Case No.: 5:24-cr-20141
Ancil. Judge: Hon. Judith E. Levy

**PETITION OF ALI NASERDEAN FOR HEARING
TO ADJUDICATE THIRD-PARTY INTEREST
IN PROPERTY PURSUANT TO 21 U.S.C. § 853(n)**

NOW COMES Petitioner, ALI NASERDEAN, by and through his attorneys at AYAD LAW, PLLC, and respectfully petitions this Honorable Court for a hearing to adjudicate his/her/their interest in certain property subject to forfeiture in the above-captioned case, and in support thereof states as follows:

**INTRODUCTION AND JURISDICTION**

1. This petition is filed pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, which provide a procedure for third parties to assert legal interests in property ordered forfeited in a criminal case.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 1331 and 1355.

**THE FORFEITED PROPERTY**

3. On or about July 17, 2025, this Court entered a Preliminary Order of Forfeiture concerning, *inter alia*, the following property:

   1) Cash/currency in lieu of 2020 Land Rover Range Rover, Style: Station Wagon, Color: Black, VIN: SALGS5SE6LA406550 (23-FBI-002328)

   2) Rolex Yacht-Master II Watch (23-FBI-003232)

   3) Breitling Crosswind Watch (23-FBI-003892)

   4) $29,589.00 U.S. Currency from a 2020 Land Rover Range Rover, VIN: SALGS5SE6LA406550, registered to Isaiah Okoh (23-FBI-002390)

   5) $315,138.00 U.S. Currency from the residence at 174 Legacy Park Circle, Dearborn Heights, Michigan (23-FBI-002391)

   6) $20,000.00 U.S. Currency from the residence at 5481 Maple Street, Dearborn, Michigan (23-FBI-002392)

   7) Lending Club cashier's check number XX0166 in the amount of $427,136.19 made payable to the City of Dearborn and wired to the United States Marshals Service (23-FBI-002693)

   8) Huntington Bank cashier's check number XXXXXX8541 in the amount of $355,170.53 made payable to the City of Dearborn and wired to the United States Marshals Service (23-FBI-002694); and

   9) $50,400.36 in funds from Bank Account Number #XXXXXX4458 held in the name of Gracee Pharmacy, LLC at Grasshopper Bank, New York, NY (25-FBI-000261).

   10) One (1) Louis Vuitton Monogram Macassar Josh backpack brown monogram canvas with black accent top panel; and one

(1) counterfeit Louis Vuitton Damier Graphite duffle bag (23-FBI-010079)

11) Real property located at 42598 Park Cresent Drive, Sterling Heights, MI 48313, and being more fully described as the following real property situated in the City of Sterling Heights, County of Macomb, State of Michigan:

4. Notice of the forfeiture (excluding Items 10 and 11) was sent directly to known interested parties pursuant to Rule 32.2(b)(6) on or around September 25, 2025, except that it was sent to Petitioner's prior counsel, who provided it to Petitioner on September 29, 2025.

## PETITIONER'S INTEREST IN THE PROPERTY

5. Petitioner is the lawful owner of items 1 through 5, 7, 8, and 10.

6. Petitioner acquired ownership of Item 1 (23-FBI-002328) the 2020 Land Rover Range Rover when it was purchased for him as a gift from Defendant Isaiah Okoh.

7. Petitioner is also petitioning for return of the unlisted items that were in the vehicle, including: His marriage certificate, divorce papers, a pair of new sunglasses, keys (unrelated to the vehicle), a gift he had just purchased for his father's birthday (a louis Vuitton wallet).

8. Petitioner acquired ownership of Item 2 (23-FBI-003232) Rolex Yacht-Master II Watch when he purchased it for himself, long before he ever worked with Defendant Isaiah Okoh. Petitioner took the watch to be appraised in

2017, and is currently locating the appraisal papers, which will be dated and thus show his legitimate interest in the watch.

9. Petitioner acquired ownership of Item 3 (23-FBI-003892) many years before ever dealing with Defendant Isaiah Okoh, as a gift from his uncle.

10. Petitioner is the rightful owner of Items 4 (23-FBI-002390) $29,589.00 U.S. Currency; 5 (23-FBI-002391) $315,138.00 U.S. Currency; 7 (23-FBI-002693) $427,136.19 Lending Club cashier's check; and 8 (23-FBI-002694) $355,170.53 Huntington Bank cashier's check.

11. These funds were acquired legitimately over an extended period of time, including, cash payments to Petitioner from an oil change which he managed for approximately a year before working with Defendant Isaiah Okoh. Petitioner earned sales commissions at the oil change and sometimes earned approximately $1,000 a day while working there. Additionally, in Petitioner's native culture, it is customary to have large weddings where people give gifts of cash or checks. Petitioner married in January of 2019 with approximately 300 people attending his wedding and giving gifts of money totaling approximately $150,000. Further still, Petitioner worked for Defendant Isaiah Okoh before becoming involved in his misconduct, and during that time Defendant Okoh paid Petitioner in cash for his legitimate work. Payments began at approximately $1,000 a week, and eventually raised to

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

approximately $5,000 a week. Lastly, withdrawals from Petitioner's bank accounts make up the remainder of the funds.

12. Petitioner acquired ownership of Item 10 (23-FBI-010079) a Louis Vuitton backpack when his wife gave it to him as a gift.

13. Petitioner will claim an interest, as future inheritance, of Item 6 (23-FBI-002392) $20,000 in U.S. Currency, which belonged to his mother. Petitioner has been informed by prior counsel that the government is returning this property to his mother. If the government is not, Petitioner claims an interest in the property superior to Defendant's because the property was his mother's, and unrelated to dealings between Defendant Isaiah Okoh and Petitioner.

14. Petitioner's interest was vested in him rather than the defendant, or was superior to the defendant's interest at the time of the commission of the acts giving rise to forfeiture.

## BASIS FOR PETITION

15. Pursuant to 21 U.S.C. § 853(n)(6), Petitioner asserts that:

    a. Petitioner has a legal right, title, or interest in the property that was vested in Petitioner rather than the defendant or was superior to any right, title, or interest of the defendant at the time of the commission of the acts giving rise to the forfeiture; or, in the alternative,

    b. Petitioner is a bona fide purchaser for value of the right, title, or

interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture.

## RELIEF REQUESTED

WHEREFORE, for the foregoing reasons and more, Petitioner Ali Naserdean respectfully requests that this Honorable Court enter an order containing the following relief:

a) Schedule a hearing to adjudicate the validity of Petitioner's interest in the property;

b) Determine that Petitioner's interest is valid, vested, and superior to that of the defendant, the government, and all others;

c) Amend the forfeiture order to exclude Petitioner's property from forfeiture; and

d) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted;

/s/William D. Savage (P82146)
AYAD LAW, PLLC
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com
*Attorneys for Defendant*

Dated: October 27, 2025

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

## VERIFICATION PAGE

I have read the foregoing petition, and:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/24/25     Signed: [signature]

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing paper and any attachments with the Clerk of Courts using the electronic filing system, which will send notification of such filing to the Court and all parties of record.

                                                  Respectfully submitted;

                                                  */s/William D. Savage* (P82146)
                                                  AYAD LAW, PLLC
                                                  645 Griswold St., Ste. 2202
                                                  Detroit, MI 48226
                                                  P: 313.983.4600 | F: 313.983.4665
                                                  filing@ayadlawpllc.com
Dated: October 27, 2025                    *Attorneys for Defendant*

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665